IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BRIAN S. GAUTHIER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. 20-00413-JB-N |
| v. | ) |
| | ) |
| DIRECTOR HOOD, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation dated January 20, 2021 (Doc. 12) and Plaintiff's Motion for Reconsideration (Doc. 13).

To the extent Plaintiff intended the Motion for Reconsideration (Doc. 13) as objections to the Report and Recommendation, they have been considered *de novo* and are overruled. Alternatively, Plaintiff's Motion for Reconsideration is denied. The Report and Recommendation is adopted as the Order of this Court.[1]

**DONE and ORDERED** this 22nd day of February, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's Motion to Amend Exhibits (Doc. 10) is denied as moot